97 A.3d 730

**Melvin JACKSON, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (SEPTA), Respondents.**

**No. 61 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2014, the Petition for Review is **DENIED.**